IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| VINCENT CORDELL WOODARD | § | |
| VS. | § | CIVIL ACTION NO. 1:13cv606 |
| CHARLES A. DANIELS | § | |

## MEMORANDUM ORDER
## ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Vincent Cordell Woodard, an inmate confined within the Bureau of Prisons, proceeding *pro se*, filed the above-styled petition for writ of habeas corpus. The court referred the matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable orders of this court.

The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning this case. The magistrate judge recommends the petition be dismissed.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections were filed to the Report and Recommendation.

## ORDER

Accordingly, the proposed findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered dismissing this petition for writ of habeas corpus.

**SIGNED** this the 19 day of **November, 2013.**

_____
Thad Heartfield
United States District Judge